**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
Charleston Division**

**DELBERT CORDLE,**

        **Plaintiff,**

**v.**                                               **Case No. 2:25-cv-00211**

**PORTFOLIO RECOVERY
ASSOCIATES, LLC,**

        **Defendant.**

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff Delbert Cordle (hereinafter "Plaintiff") and Defendant

Portfolio Recovery Associates, LLC (hereinafter "Defendant"), by counsel, and hereby

provide notice to the Court that these parties have reached a settlement of the above-entitled

action, fully resolving Plaintiff's claims asserted against Defendant.

Upon finalization of the settlement, the parties will file a joint proposed Dismissal Order

with prejudice against Defendant.

This is the 13th day of February 2026.

                                                         **/s/ Benjamin Sheridan**
                                            Jed Nolan (# 10833)
                                            Benjamin Sheridan (# 11296)
                                            Megan Patrick (#125952)

                                            *Counsel for Plaintiff*
                                            Klein & Sheridan, LC

                                            **Mailing Address:**
                                            3566 Teays Valley Rd
                                            Hurricane, WV 25526

ben@kleinsheridan.com
jed@kleinsheridan.com
T: (304) 562-7111
F: (304) 562-7115

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
Charleston Division**

**DELBERT CORDLE,**

**Plaintiff,**

**v.**                                                                 **Case No. 2:25-cv-00211**

**PORTFOLIO RECOVERY
ASSOCIATES, LLC,**

**Defendant.**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 13th day of February, 2026, the foregoing ***Notice of***

***Settlement*** was served through the Court's CM/ECF system, which will notify all counsel of

record.

**/s/ Benjamin Sheridan**
Jed Nolan (# 10833)
Benjamin Sheridan (# 11296)
Megan Patrick (#125952)

*Counsel for Plaintiffs*
Klein & Sheridan, LC

**Mailing Address:**
3566 Teays Valley Rd
Hurricane, WV 25526

ben@kleinsheridan.com
jed@kleinsheridan.com
T: (304) 562-7111
F: (304) 562-7115